IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CITY LINE-HAMILTON               )
BUILDERS, LLC,                   )    Civil Action
Trading as City Line Construction, )  No. 12-cv-03291
                                 )
                                 )
            Plaintiff            )
                                 )
       vs.                       )
                                 )
CINCINNATI INSURANCE COMPANY and )
L.J SHAW & COMPANY,              )
                                 )
            Defendants           )

O R D E R

NOW, this 28th day of March, 2013, upon consideration of the following documents:

    (1) Plaintiff's Motion for Leave to File Amended Complaint Joining James and Tara Knicos and for Remand to Northampton County Court, which motion was filed on July 3, 2012 (Document 6), together with

        (A) proposed Amended Complaint, Exhibit 1 to plaintiff's motion (Document 6-1); and

        (B) Memorandum in Support of Plaintiff's Motion to Amend the Complaint to Join James and Tara Knicos as Individual Defendants and Remand the Case to Northampton County Court, (Document 6-3);

    (2) Brief in Opposition to Plaintiff's Motion to Amend the Complaint to Join James and Tara Knicos and to Remand, which brief was filed on July 17, 2012 (Document 8), together with

        (A) copy of Complaint filed February 13, 2012 in the Court of Common Pleas of Northampton County, Exhibit A to defendants' brief (Document 8-1); and

(B) copy of Order of Court filed May 10, 2012 in the Court of Common Pleas of Northampton County disposing of preliminary objections to the Complaint, Exhibit B to defendants' Brief (Document 8-2);

(3) Notice of Removal, filed by defendants on June 7, 2012 (Document 1), together with

(A) Exhibits A and B to defendants' Notice of Removal, (Document 1)[1]

(4) Amended Notice of Removal, filed by defendants on June 15, 2012 (Document 4) together with;

(A) copies of all pleadings and Order of Court disposing of preliminary objections, in the Northampton County state court action, the original Notice of Removal, and affiliated documents effectuating removal, Exhibit A to defendants' Amended Notice of Removal (Documents 4-1 through 4-4; and

(B) copy of May 29, 2012 letter from plaintiff's counsel to defendants' counsel, Exhibit B to defendants' Amended Notice of Removal (Document 4-5);

and for the reasons expressed in the accompanying Opinion,

IT IS ORDERED that Plaintiff's Motion for Leave to File Amended Complaint Joining James and Tara Knicos and for Remand to Northampton County Court is granted.

---

[1] Exhibits A and B to defendants' Notice of Removal are copies of Exhibits A and B to defendants' brief in opposition to plaintiff's motion to amend.

IT IS FURTHER ORDERED that the Clerk of Court is directed to file plaintiff's Amended Complaint attached as Exhibit 1 to plaintiff's within motion.

IT IS FURTHER ORDERED that this case is remanded to the Court of Common Pleas of Northampton County, Pennsylvania.

IT IS FURTHER ORDERED that the Clerk of Court mark this case closed for statistical purposes.

BY THE COURT:


/s/ JAMES KNOLL GARDNER
James Knoll Gardner
United States District Judge